

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Michael Anderson, Appellant

No. 06-14-00096-CV        v.

Thomas Snoddy, Appellee

Appeal from the 115th District Court of Upshur County, Texas (Tr. Ct. No. 548-12). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, Michael Anderson, pay all costs of this appeal.

RENDERED SEPTEMBER 25, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk